WILLIAM F. PECK, a Taxpayer of the City of Rochester,
Respondent, *v.* THE CITY OF ROCHESTER et al., Impleaded,
etc., Appellants.

(Argued February 23, 1891; decided March 10, 1891.)

APPEAL from order of the General Term of the Supreme
Court in the fifth judicial department, made January 7, 1890,
which affirmed an order of Special Term, declaring the defend-
ants' case on appeal abandoned.

*Henry J. Sullivan* for appellants.

*John H. Hopkins* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.